**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MORGAN PIERSON,

    Plaintiff,

v.                                                   Case No:   6:23-cv-66-ACC-LHP

HOMETEAM PEST DEFENSE, INC.,

    Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO COMPEL COMPULSORY MEDICAL EXAMINATIONS OF PLAINTIFF (Doc. No. 25)** |
| **FILED:** | **August 25, 2023** |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

| | |
|---|---|
| **MOTION:** | **MOTION FOR AN ORDER FOR PHYSICAL MEDICAL EXAMINATION OF PLAINTIFF (Doc. No. 26)** |
| **FILED:** | **August 25, 2023** |

> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Before the court are Defendant Hometeam Pest Defense Inc.'s motions to compel Plaintiff Morgan Pierson to sit for compulsory medical examinations and vocational evaluations under Federal Rule of Civil Procedure 35. Docs. No. 25, 26. Both motions are due to be **DENIED without prejudice**. Both motions fail to include a memorandum of law as required under Middle District of Florida Local Rule 3.01(a), and the first motion fails to include a certificate of conferral as required under Local Rule 3.01(g). Moreover, both motions also fail to comply with the requirements of Rule 35(a)–(b). *See* Fed. R. Civ. P. 35(a)–(b) (listing what must be included in a Rule 35 order compelling a party to submit to a physical or mental examination). To the extent the brevity of Defendant's motions is an attempt to comply with the strict word count requirement in the court's standing discovery order (Doc. No. 23), the parties are notified that the court's standing discovery order does not apply to Rule 35 requests for parties to submit to physical or mental examination.

**DONE** and **ORDERED** in Orlando, Florida on August 25, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties